DANIEL W. BEMIS *vs.* GEORGE R. HOSELEY & another.

A release, not under seal, of one partner, by a creditor of the partnership, in considera tion of a payment of part of the debt, though out of the funds of the partnership, is no discharge of the residue.

ACTION OF CONTRACT on three promissory notes, signed by a partnership. At the trial in the superior court it was agreed that the firm being insolvent and unable to continue their business, one of the partners paid to the plaintiff out of the partnership funds one quarter of the amount due on two of the notes; and the plaintiff signed a writing, not under seal, acknowledging the receipt of one dollar from the partnership, and, in consideration thereof, releasing and discharging that partner from all demands and causes of action against the partnership. *Rockwell*, J. gave judgment for the defendants, and the plaintiff appealed. ·

*J. M. Stebbins,* for the plaintiff.

*W. L. Smith,* for the defendants.

BY THE COURT. The payment of a part only of a debt due and payable is no consideration for the release or discharge of the residue, by a receipt not under seal. *Harriman* v. *Harriman,* 12 Gray, 341. *Judgment for the plaintiff.*